No. 432, Misc. LAMPE v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin for the United States.

No. 435, Misc. DI SILVESTRO v. UNITED STATES VETERANS ADMINISTRATION. C. A. 2d Cir. Certiorari denied. Petitioner pro se. Solicitor General Rankin for respondent.

No. 440, Misc. FRECCIA v. MARTIN, WARDEN. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner pro se. Louis J. Lefkowitz, Attorney General of New York, and Paxton Blair, Solicitor General, for respondent.

No. 445, Misc. WELLS v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 447, Misc. ST. LAWRENCE v. CLEMMER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General White, Harold H. Greene and William A. Kehoe, Jr. for respondent.

No. 450, Misc. COURTNEY v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 451, Misc. CROMWELL v. DULLES, SECRETARY OF STATE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Doub and Alan S. Rosenthal for respondents.